IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TYLER WEISMAN,

      Appellant,

                                    Case No.     5D21-2326

v.                                     LT Case No. 2009-CF-2164-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 20, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

William Mallory Kent, of Kent &
McFarland, Jacksonville, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, EISNAUGLE and NARDELLA, JJ., concur.